IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND – NORTHERN DISTRICT

| | |
|---|---|
| DIANE BOTTINO, Individually, and as the Personal Representative of the Estate of Richard E. Hall<br>　*Plaintiffs*<br><br>v.<br><br>HOWARD COUNTY, MARYLAND, et al.<br><br>　*Defendants.* | *<br>*<br>*<br>*  Civil Action No. 1-24-cv-00627-ABA<br>*<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Diane Bottino, Individually, and as the Personal Representative of the Estate of Richard E. Hall and Defendants, Howard County, Maryland, Margaret M. Chippendale, Jama Acuff, Andrea King-Wessels, Rory Wise, Elizabeth Jenkins, Briana Tubaya, O'Neil Patterson, Jeffery Penn, Kim Wilson and Gregory Wright, by and through undersigned counsel, hereby stipulate to the dismissal of all claims with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) in the above-captioned matter.

                                                    Respectfully submitted,

| | |
|---|---|
| HANSEL LAW, P.C. | HOWARD COUNTY OFFICE OF LAW<br>Gary W. Kuc<br>County Solicitor |
|   /s/ *Cary Hansel*<br>Cary J. Hansel, #14722<br>chansel@hansellaw.com |   /s/ *Elizabeth L. Adams*<br>Elizabeth L. Adams, #27565<br>Senior County Attorney<br>eladams@howardcountymd.gov |

| | |
|---|---|
| /s/ *Kristen Mack* | /s/ *Hyunjae Shin* |
| Kristen Mack, #30349 | Hyunjae Shin #20119 |
| 2514 North Charles Street | Senior County Attorney |
| Baltimore, MD 21218 | hshin@howardcountymd.gov |
| kmack@hansellaw.com | 3450 Court House Drive |
| 410-461-1040 | Ellicott City, Maryland 21043 |
| | 410-313-3084 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 4th day of October 2024, I provided a copy of the Stipulation of Dismissal with Prejudice, via ECF to:

Carey Hansel, Esquire
Kristen Mack, Esquire
2514 North Charles Street
Baltimore, Maryland 21218

                                                    /s/ *Elizabeth Adams*
                                                    Elizabeth L. Adams, #27565